# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REEDY, | CASE NO. 1:12-cv-02061-AWI-DLB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORM PAUPERIS* |
| v. | |
| PRECYSE SOLUTIONS, LLC, et al., | (ECF No. 2) |
| Defendants. | |
| _____/ | |

Plaintiff Krishna Reddy ("Plaintiff"), proceeding pro se in this action, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on December 19, 2012.  (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:**    **December 20, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                                                   UNITED STATES MAGISTRATE JUDGE