# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY, | 1:12-cv-02061-AWI-SAB |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| PRECYSE SOLUTIONS, INC., et al., | (Doc. 14) |
| Defendants. | |
| _____/ | |

Plaintiff Krishna Reddy has filed a motion (doc. 14) for an order to set aside and vacate the order (doc. 9) denying appointment of counsel and CM/ECF privileges and to enter an order appointing counsel and granting CM/ECF privileges, or for transfer out of the district in the alternative, set for hearing on Tuesday, September 3, 2013.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).

1

Accordingly, the hearing date of September 3, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: __August 28, 2013__  _____
SENIOR DISTRICT JUDGE