# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY, | Case No. 1:12-cv-02061-AWI-SAB |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| PRECYSE SOLUTIONS LLC, et al., | |
| Defendants. | |

Plaintiff Krishna Reddy filed this action on December 19, 2012. (ECF No. 1.) The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(3)(2)(B)(ii), and found that it states an Eighth Amendment claim against Defendant Precyse Solutions for disparate treatment in violation of Title VII and 42 U.S.C. § 1981; and state law claims. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).[1] Accordingly, it is HEREBY ORDERED that:

   1.   Service shall be initiated on the following defendant:

   **PRECYSE SOLUTIONS**

   2.   The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a

---

[1] On February 18, 2014, Plaintiff filed notice of intent to stand on her complaint. (ECF No. 31.) On March 4, 2014, an order issued dismissing all other defendants and claims from this action. (ECF No. 33.)

|   |   |   |
|---|---|---|
| 1 |   | copy of the complaint filed December 19, 2012; |
| 2 | 3. | Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |
| 5 | a. | One completed summons for each defendant listed above; |
| 6 | b. | One completed USM-285 form for each defendant listed above; and |
| 7 | c. | Two (2) copies of the endorsed complaint filed December 19, 2012. |
| 8 | 4. | Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 12 | 5. | <u>The failure to comply with this order will result in dismissal of this action</u>. |

IT IS SO ORDERED.

Dated:   **March 4, 2014**

UNITED STATES MAGISTRATE JUDGE