UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISHNA REDDY, | ) | CASE NO. 1:12-cv-02061-AWI-SAB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION SHORTENING TIME TO HEAR DEFENDANT'S AMENDED MOTION TO AMEND THE SCHEDULING ORDER |
| vs. | ) | |
| PRECYSE SOLUTIONS LLC, | ) | |
| Defendant. | ) | |

Defendant Precyse Solutions LLC filed an ex parte motion to amend the scheduling order on April 10, 2015. The Court issued an order on April 13, 2015, advising the parties that amendment of the scheduling order would be addressed at the May 6, 2015 hearing on Plaintiff's motion for a protective order. On April 14, 2015, Defendant filed an amended motion to amend the scheduling order and an ex parte application for an order shortening time for the hearing.

As the Court has previously ordered that Defendant's request to amend the scheduling order shall be considered at the May 6, 2015 hearing, the Court will grant Defendant's ex parte application for an order shortening time.

According, IT IS HEREBY ORDERED that:

1. Defendant's amended motion to amend the scheduling order **shall be heard on**

**May 6, 2015, at 10:00 a.m. in Courtroom 9**;

2. Plaintiff's opposition to the amended motion **shall be filed on or before April 27, 2015**; and

3. Defendant's reply, if any **shall be filed on or before May 4, 2015**.

IT IS SO ORDERED.

Dated: **April 15, 2015**

UNITED STATES MAGISTRATE JUDGE