# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY,<br><br>        Plaintiff,<br><br>    v.<br><br>PRECYSE SOLUTIONS LLC, et al.,<br><br>        Defendants. | Case No.  1:12-cv-02061-AWI-SAB<br><br>ORDER GRANTING DEFENDANT'S APPLICATION TO SHORTEN TIME<br><br>(ECF No. 94) |

   On April 29, 2015, Plaintiff filed a motion for summary judgment. On May 4, 2015, this Court denied Plaintiff's motion for a protective order and the discovery deadline was extended to May 21, 2015. In the order, Plaintiff was ordered to appear for a deposition. On May 13, 2015, Defendant filed a motion to compel Plaintiff's compliance with the May 4, 2015 order and an application to shorten time to hear the motion. On May 14, 2015, District Judge Anthony W. Ishii referred Plaintiff's motion for summary judgment to the undersigned for findings and recommendations.

   Based upon the current discovery motion, the Court finds good cause to grant Defendant's motion to shorten time. Due to the Court's schedule, the motion shall be heard on May 26, 2015, at 2:00 p.m. Plaintiff shall be required to personally attend the hearing.

   The Court shall set a hearing on Plaintiff's motion for summary judgment once the motion to compel is heard. After deciding the motion to compel, the Court will issue an amended

1

scheduling order addressing the discovery and dispositive motion deadlines.  Finally, the due date of Defendant's opposition to Plaintiff's motion for summary judgment will be determined when the Court sets a date for the hearing on the motion.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant's application for an order shortening time is GRANTED;
2. Plaintiff's opposition to Defendant's motion to compel compliance and request for monetary sanctions shall be filed on or before May 21, 2015;
3. Defendant's reply, if any, shall be filed on or before May 22, 2015;
4. The hearing on Defendant's motion to compel compliance and request for monetary sanctions is set for Tuesday, May 26, 2015 at 2:00 p.m. in Courtroom 9;
5. Plaintiff shall be required to personally appear for the May 26, 2015 hearing; and
6. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **May 14, 2015**

UNITED STATES MAGISTRATE JUDGE